UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2015 MAR -6  P 2:48

~~BENNIE GIBSON~~

**15CV1706**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY
~~COMMISSIONER OF NYC POLICE~~
~~DEPUTY COMMISSIONER~~
OFFICERS OF 109, 108 ~~precinct~~
FLUSHING QUEENS
a grpoup of informants allowed to sell
drugs, strip czrs, scrap metal as long as they
set up competition

A group of Feds alleging plaintiff is part of some
type of gang of guys using plaintiff as a "fall" guy
so NYPD can steal metal after crime alleged

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

42USCA 1985, 1986
Jury Trial: ☒ Yes  ☐ No
*(check one)*

FedR Civ 38
87th Amend Cons
Jury trial

ALL are sued in
sued in individual
official capacity

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    **Bennie Gibson**
             ID #    441-15-00660
             Current Institution   VCBC
             Address   1 Halleck St Bronx NY 10474

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name ~~A group of Officers from~~ _____ Shield # _____
                   Where Currently Employed 109 precinct 108 ~~precinct~~
                   Address   Flushing Queens _____

Defendant No. 2    Name   The City  _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 3    Name ____ Commissioner of NYC police Shield # _____
                   Where Currently Employed Deputy Commissioner
                   Address  1 POLICE   PLAZA
                            NYNY  10007

Defendant No. 4    Name ~~A group of~~ informants NYPD, Shield # _____
                   Where Currently Employed _____ FBI,DOC,OMH , City
                   Address _____

Defendant No. 5    Name  Deputy Commissioner NYC Police Shield # offices f108.109
                   Where Currently Employed ___ precinct conducting arrest upon
                   Address         belief Jan 18or 19th2015

II.   **Statement of Claim:**

State as briefly as possible the _facts_ of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? ____ Non applicable

B.   Where in the institution did the events giving rise to your claim(s) occur? ____
     n/a

C.   What date and approximate time did the events giving rise to your claim(s) occur? ____
     n/a

Arrest Jan 2015 upon belief    SDNY 14cv2045
                                                EDNY
D.   Facts:   Although the facts of this case are similiar to 14cv0078
      14cv0078
      or 14 misc 0078 plaintiff had 120 lbs copper to wit while walking
dem,anding  to sell in junkyard NYPS detained plaintiff for 20 minutes
[What happened] where copper was taken from

             Although plaintiff sought to remain silent plaintiff felt
government who surrounded plaintiff (4) detectives and 3NYPD cars of officers
and demanded explanation and besides threatening to atake plaintiff to preinct
             fro fingerprinting plaINTIFF WAS TOLD IF HE TOLD NYPD where
[Who did what?]  coPppper was taken from he would be released. Plaintiff basically
             stated he found it and then stated he got it from abandoned
for 15 years building NYPD drove plaintiff to building which has been abandoned
boarded up windows basement floodded open windows subground level allowing entry
leaks        ows which allow at touch entry due to not fastened running water
[Was anyone else involved?] excrement from birds ,dogs human  broken toilets no water iltoilet
             NYPD went a hospital and asked therm to say they own it. their is no
address, or building numbver on the building nor is their electricitty nor is
their a no tresspass sign besides facxt hospital knew plaintiff was their
living. Plaintiff was charged with burglary then offered disordewrley conduct

[Who else saw what happened?] Plaintiff does not believe hospital own property and NYPD
             stole plaintiff copper besides fact no supporting deposition
             was presented to plaintiff

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

                              n/z/a

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
     Yes ~~☐~~    No ~~☐~~
            N/A

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

n/a

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___✓___   No _____   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)? n/a

Yes _____   No _____   Do Not Know _____   N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No _____   N/A   n/a

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?   n/a

Yes _____   No _____   N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

N/A   n/a

2. What was the result, if any? _____

n/a

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

n/a

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

n/a

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____
_____ n/a _____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____ n/a _____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ~~Institute civil litigation for~~ monetary relief ~~for 10.000,000 million dollars~~ for ~~fALSE ARREST, MALICIOUS~~RPSECUTION abuse of proce§ss , filing false affidavit , unlawfulimprisionment , intentional infliction ~~emotional distress~~ under 4th,5th,8th 14 Federal Constitutio~~anl jurisprudence Art 1sec11 NYSC~~ fraudelent invesitgation Conspiracy ~~to violATE Due Process All aere~~ sued in individual and official ~~capacity~~

_____
_____
_____
_____
_____
_____
_____

VI. **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __None N/A_____

Defendants __N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number __N/A_____

4. Name of Judge assigned to your case __N/A_____

5. Approximate date of filing lawsuit __N/A_____

6. Is the case still pending? Yes ____ No __N/A__

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____  N/A

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __N/A_____

Defendants __N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number __N/A_____

4. Name of Judge assigned to your case __N/A_____

5. Approximate date of filing lawsuit __N/A_____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of Feb , 20 15

Signature of Plaintiff _____

Inmate Number 441-15-00660

Institution Address VCBC
1 Halleck St
Bronx NY 10451

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 25 day of Feb , 20 15 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Sworn To Before Me _____

27 day of February 2015

NOATRY PUBLIC _____

[Notary seal: FREDERICK W. FORD, NOTARY PUBLIC, NO. 01FO4973371, QUALIFIED IN BRONX COUNTY, STATE OF NEW YORK]

*Rev. 05/2007*                7

